**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| PAMELA J. HIRTH<br>v.<br>VILLAGE OF OSWEGO | FILED: MAY 14, 2008<br>08CV2801 J.N.<br>JUDGE NORGLE<br>MAG. JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PAMELA J. HIRTH, Plaintiff

| NAME (Type or print) |
|---|
| GLENN R. GAFFNEY |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ GLENN R. GAFFNEY |

| FIRM |
|---|
| GAFFNEY & GAFFNEY |

| STREET ADDRESS |
|---|
| 1771 BLOOMINGDALE ROAD |

| CITY/STATE/ZIP |
|---|
| GLENDALE HEIGHTS, IL 60139 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6180598 | (630) 462-1200 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐