**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| PAMELA J. HIRTH<br>v.<br>VILLAGE OF OSWEGO | FILED: MAY 14, 2008<br>08CV2801  J.N.<br>JUDGE NORGLE<br>MAG. JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PAMELA J. HIRTH, Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>JUSTIN R. GAFFNEY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ JUSTIN R. GAFFNEY | |
| FIRM<br>GAFFNEY & GAFFNEY | |
| STREET ADDRESS<br>1771 BLOOMINGDALE ROAD | |
| CITY/STATE/ZIP<br>GLENDALE HEIGHTS, IL 60139 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6281428 | TELEPHONE NUMBER<br>(630) 462-1200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |