# United States District Court for the Northern District of Illinois

Case Number: 08cv2801            Assigned/Issued By: j. n.

Judge Name: norgle              Designated Magistrate Judge: ashman

## FEE INFORMATION

*Amount Due:*    ☑ $350.00      ☐ $39.00       ☐ $5.00

☐ IFP          ☐ No Fee       ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____       Receipt #: 2774390_____

Date Payment Rec'd: 5-14-08____       Fiscal Clerk: j. n._____

## ISSUANCES

☑ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                         _____
☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

1___ Original and 0_____ copies on 5-14-08_____ as to defendant_____
                                      (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05