**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08 C 2801

PAMELA J. HIRTH, Plaintiff,

v.

VILLAGE OF OSWEGO, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VILLAGE OF OSWEGO

| |
|---|
| NAME (Type or print) <br> MISHA DESAI |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>         s/ Misha Desai |
| FIRM  KNIGHT HOPPE KURNIK & KNIGHT, LTD. |
| STREET ADDRESS 2860 River Road, Suite 400 |
| CITY/STATE/ZIP  Des Plaines, IL 60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6292695 | TELEPHONE NUMBER 847-298-8000 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL                               APPOINTED COUNSEL |