UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

PAMELA J. HIRTH

PLAINTIFF(S)

Case No.
08 CV 2801

vs.

VILLAGE OF OSWEGO

SERVICE DOCUMENTS:
SUMMONS & COMPLAINT

DEFENDANT(S)

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 22, 2008**, at **3:50 PM**, I served the above described documents upon **VILLAGE OF OSWEGO** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JEANNE HOCH / VILLAGE CLERK**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **100 PARKERS MILL, OSWEGO, IL 60543**.

**DESCRIPTION:** Gender: F   Race: **WHITE**   Age: **55**   Hgt: **5'8"**   Wgt: **175**   Hair: **GRAY**   Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*Craig Palmer* (signature)

Craig Palmer, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 23rd day of May, 2008

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

NOTARY PUBLIC

CLIENT NAME:
Gaffney & Gaffney*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
38713